FRANCIS E. RIEMAN v. COUNTY OF HUDSON.

September 16, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH BROWN.

September 16, 1974. Petition for certification denied.

NICHOLAS CREMEDAS v. CARLO P. GUERCI.

September 16, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. MARTHA BUCK.

September 16, 1974. Petition for certification denied.

CITY OF TRENTON v. MERCER CO. BOARD OF TAXATION.

September 16, 1974. Petition for certification granted. (See 127 *N. J. Super.* 588)

STATE OF NEW JERSEY v. CHARLES E. DALLAS.

September 16, 1974. Petition for certification denied.